IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-HC-2204-D

UNITED STATES OF AMERICA,      )
                                   )
        Petitioner,           )
                                   )
     v.                      )         ORDER
                                   )
SHAWN KHOUNDARA,        )
Reg. No. 12617-122,        )
                                 )
        Respondent.         )

At the request of the Acting Warden of the Federal Medical Center, Butner, North Carolina, the United States has filed a motion requesting to withdraw its Certificate of Mental Disease or Defect and Dangerousness filed pursuant to 18 U.S.C. § 4246 against Respondent and requesting that this Court dismiss the matter without prejudice. For good cause shown, the motion is GRANTED.

This **20** day of April 2026.

JAMES C. DEVER III
United States District Judge